IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHAEL A. GUZMAN,**

        Plaintiff,

v.                         No. 1:14-cv-0055-KG-KBM

**NORTHEAST NEW MEXICO CORRECTIONAL FACILITY, et al.,**

        Defendants.

### STIPULATED ORDER GRANTING EXTENSION OF TIME

**THIS MATTER HAVING COME** before the Court upon the Motion by Plaintiff, **MICHAEL A. GUZMAN,** for an extension of time to and including May 22, 2014, within which to respond or otherwise plead to Defendants **Northeast New Mexico Correctional Facility, Town of Clayton, Jack Chosvig, Coby Beckner, Tony Naranjo, Deano Arrellano, Leroy Montoya and Holly Steen's** Motion to Dismiss, the Court being advised and finding that the Motion should be granted, now, therefore,

**IT IS THEREFORE ORDERED** that Plaintiff, **MICHAEL A. GUZMAN** be and it is hereby granted to and including May 22, 2014, to respond or otherwise plead to the Motion to Dismiss filed by Defendants.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:


*/s/ Gary C. Mitchell*_____
GARY C. MITCHELL
Attorney for Plaintiff
P.O. Box 2460
Ruidoso, New Mexico  88345
(505) 257-3070


Approved by telephone 5/6/14 @ 8:31 a.m.
PATRICK D. ALLEN
Attorney for Defendants Northeast et al.
4908 Alameda Blvd, NE
Albuquerque, New Mexico  87113
(505) 266-3995