IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL A. GUZMAN,

        Plaintiff,

v.                                No.   1:14-cv-00055 KG-SCY

NORTHEAST NEW MEXICO
CORRECTIONAL FACILITY, et al.,

        Defendants.

STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANTS
NORTHEAST NEW MEXICO CORRECTIONAL [SIC] FACILITY,
TOWN OF CLAYTON, JACK CHOSVIG, COBY BECKNER, TONY
NARANJO, DEANO ARELLANO, LEROY MONTOYA, AND HOLLY STEEN

THIS MATTER having come before the Count upon stipulation by Plaintiff and Defendants Northeast New Mexico Correctional [sic] Facility, Town of Clayton, Jack Chosvig, Coby Beckner, Tony Naranjo, Deano Arellano, Leroy Montoya, and Holly Steen, *see* (Doc. 31), the Court hereby orders that Plaintiff's claims against said Defendants are dismissed with prejudice.  Each party shall bear his/her or its own costs and fees.  This order shall have no effect on the claims pending against the other Defendants.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE