IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL A. GUZMAN,

        Plaintiff,

v.                                                                                          No.   1:14-cv-00055 KG-SCY

THE GEO GROUP, INC., *a corporation
doing business in the State of New Mexico*;
TIMOTHY B. HATCH, *individually and in
his official capacity as Warden for the Northeast
New Mexico Correctional Facility*; NEW MEXICO
CORRECTIONS DEPARTMENT, *an agency of
the State of New Mexico*; STATE OF NEW MEXICO,
GREGG MARCANTEL*, Secretary of the New Mexico
Corrections Department*, COLLEEN MCCARNEY,
*individually and in her official capacity, as an
employee of the New Mexico Corrections Department*,

        Defendants.

ORDER DENYING AS MOOT DEFENDANTS MOTION TO DISMISS

THIS MATTER comes before the Court *sua sponte*.  On April 28, 2014, Defendants Northeast New Mexico Correctional [sic] Facility, Town of Clayton, Jack Chosvig, Coby Beckner, Tony Naranjo, Deano Arellano, Leroy Montoya, and Holly Steen filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  (Doc. 24).  On June 3, 2014, the parties stipulated to dismissal of all claims against said Defendants.  On March 24, 2016, this Court dismissed those Defendants accordingly, thereby rendering the Motion to Dismiss moot.  *See* (Doc. 61).

IT IS THEREFORE ORDERED that Certain Defendants' Motion to Dismiss and Memorandum of Law in Support (Doc. 24) is denied as moot.

_____
UNITED STATES DISTRICT JUDGE