IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL A. GUZMAN,

        Plaintiff,

v.                                        No.   1:14-cv-00055 KG-SCY

THE GEO GROUP, INC., *a corporation
doing business in the State of New Mexico*;
TIMOTHY B. HATCH, *individually and in
his official capacity as Warden for the Northeast
New Mexico Correctional Facility*; NEW MEXICO
CORRECTIONS DEPARTMENT, *an agency of
the State of New Mexico*; STATE OF NEW MEXICO,
GREGG MARCANTEL*, Secretary of the New Mexico
Corrections Department*, COLLEEN MCCARNEY,
*individually and in her official capacity, as an
employee of the New Mexico Corrections Department*,

        Defendants.

FINAL ORDER GRANTING SUMMARY JUDGMENT
AND DISMISSAL OF CERTAIN CLAIMS

        Having granted Defendants the GEO Group, Inc. and Timothy B. Hatch's Motion for Summary Judgment and Memorandum of Law in Support (Doc. 32), filed June 3, 2014, by Memorandum Opinion and Order entered contemporaneously with this Order of Entry of Summary Judgment and Dismissal of Certain Claims,

        IT IS ORDERED that

        1.  summary judgment is entered in favor of Defendants the GEO Group and Timothy B. Hatch, in his individual and official capacity, as to Plaintiff's claim Motion for Summary Judgment and Memorandum of Law in Support (Doc. 32) is granted;

        2.  summary judgment is entered in favor of Defendants the GEO Group and Timothy B.

Hatch, in his individual and official capacity, on Count I of Plaintiff's Complaint (Doc. 1-1), filed January 17, 2014;

    3.  Plaintiff's federal claims against Defendants the GEO Group and Timothy B. Hatch, in his individual and official capacity, in Count I of the Complaint are dismissed with prejudice;

    4.  Plaintiff's state law claims against Defendants the GEO Group and Timothy B. Hatch, in his individual and official capacity, in Count II and Count III of the Complaint are dismissed without prejudice; and

    5.  Plaintiff's damages claim against Defendants the GEO Group and Timothy B. Hatch, in his individual and official capacity, in Count IV is dismissed with prejudice as no substantive claims remain to support a claim for damages.

_____
UNITED STATES DISTRICT JUDGE